In the Matter of the Claim of Steve Lukianchuk, Respondent, against M. Garz Restaurant et al., Appellants. Workmen's Compensation Board, Respondent.

Argued April 20, 1953; decided May 28, 1953.

*Bernard Katzen, General Attorney (George J. Hayes* and *Victor Fiddler* of counsel), for State Insurance Fund and another, appellants.

*Nathaniel L. Goldstein, Attorney-General (Gilbert M. Landy, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JACK JAMES, Appellant.

Argued April 24, 1953; decided May 28, 1953.

